IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     CONSOLIDATED UNDER MDL 875
LIABILITY LITIGATION (No. VI)     :
                                  :
VARIOUS PLAINTIFFS                :
                       FILED      :
                                  :
     v.               JAN - 3 2012 :     Certain cases wherein
                                   :     Plaintiff is Represented
                  MICHAEL E. KUNZ, Clerk   by Cascino Vaughan Law
                  By_____Dep. Clerk    Offices, listed in this Order
VARIOUS DEFENDANTS                :      and in attached Exhibits
                                  :
                                  :

                        O R D E R

     **AND NOW**, this **3rd** day of **January, 2012**, it is hereby

**ORDERED** that, for the reasons outlined in this Court's Memorandum

Opinion of November 14, 2011:[1]


     1.  Defendants' Motions to Dismiss for failure to

provide a sufficient AO 12 report with respect to exposure

history, and/or for cases relying on N & M x-rays, are **GRANTED**

and the cases listed in Exhibit "A" are hereby **DISMISSED** and

shall be marked **CLOSED**.


     2.  Defendants' Motion to Dismiss for Failure to Submit

---

     [1]   -- F. Supp. 2d --, 2011 WL 5555615 (E.D. Pa. 2011)
(Robreno, J.).

X-rays to the **IKON** depository is **DENIED** in the following case:[2]

      a.  Arendt,    09-91900


    3.  Defendants' Motion to Dismiss for Failure to Submit X-rays to the **IKON** depository is **GRANTED** as to the following case, Plaintiff's Motion for Extension of Time is **DENIED**, and the following case is hereby **DISMISSED** and shall be marked **CLOSED**:

      a.  Gehrke,    10-67444


    4.  Defendants' Motions to Dismiss for failure to show any asbestos-related medical impairment are **GRANTED** and the cases listed in Exhibit "B" are hereby **DISMISSED** and shall be marked **CLOSED**.


IT IS SO ORDERED.

_____

Eduardo C. Robreno, J.

---

[2]    Plaintiffs, in their Responses, argued that they did in fact submit the required information to the Depository, and this was not countered in any Replies by Defendants.

| Case No. | District | Case Name | Filed by | Motion type | Filed on | Doc. No. |
|---|---|---|---|---|---|---|
| 08-90057 | IL-N | Shelby v. A.C. & S Inc et al | Ericsson, Inc. | Dismiss | 8/29/2011 | 16 |
| 08-90084 | IL-N | Nall v. A.C. and S., Inc. et al | Ericsson, Inc. | Dismiss | 7/29/2011 | 14 |
| 08-90106 | IL-N | Gaddy v. A.C. and S., Inc. et al | Ericsson, Inc. | Dismiss | 8/29/2011 | 16 |
| 08-90157 | IL-N | Person v. A.C.And S., Inc., et al | Ericsson, Inc. | Dismiss | 8/29/2011 | 14 |
| 08-90161 | IL-N | Wright v. AC&S Inc et al | Ericsson, Inc. | Dismiss | 8/29/2011 | 14 |
| 08-90227 | IL-N | Person v. A. C. and S., Inc. et al | Ericsson, Inc. | Dismiss | 8/29/2011 | 11 |
| 08-90938 | IN-N | Anuszkiewica v. AC and S Inc et al | Ericsson Inc | Dismiss | 7/29/2011 | 11 |
| 08-91666 | IL-C | Nelms et al v. Anaconda Company et al | Anaconda Company | Dismiss | 7/29/2011 | 12 |
| 08-91954 | IL-C | Brownlee v. A C & S Inc et al | Ericsson Inc | Dismiss | 7/29/2011 | 12 |
| 08-92135 | IL-C | Hulmes v. A C and S Inc et al | Anaconda Corp | Dismiss | 7/29/2011 | 24 |
| 08-92192 | IL-C | Meischner v. A C & S Inc et al | Ericcson Inc | Dismiss | 7/29/2011 | 10 |
| 08-92314 | IL-C | Dual v. A P Green Industries et al | Ericcson Inc | Dismiss | 7/29/2011 | 13 |

| 10-67444 | IL-N | Gehrke v. Alcoa Inc. et al | Alcoa Inc.<br>Sapa Extrusions Inc. | Dismiss | 8/26/2011 | 20 |
| 10-67881 | WI-E | Knaebe v. ACandS Inc et al | Bechtel Corporation | Dismiss | 11/17/2011 | 113 |
| 11-63497 | WI-E | Stafford v. Aw Chesterton Company  et al | Schneider Electric USA, Inc. | Dismiss | 11/17/2011 | 211 |
| 11-63497 | WI-E | Stafford v. Aw Chesterton Company  et al | Bechtel Corporation | Dismiss | 11/17/2011 | 210 |
| 08-90178 | IL-N | Denson v. AC&S Inc et al | A.W. Chesterton Co.<br>General Electric Company<br>Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremont Corp<br>Nosroc Corp.<br>Owens-Illinois Corp.<br>Viacom, Inc. | Dismiss | 8/26/2011 | 12 |
| 08-90207 | IL-N | Kupina v. A. C. and S., Inc. et al | General Electric Company<br>Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremont Corp<br>Nosroc Corp.<br>Owens-Illinois Corp.<br>Viacom, Inc. | Dismiss | 8/26/2011 | 15 |

| Case No. | District | Caption | Filed By | Motion Type | Doc. No. |
|---|---|---|---|---|---|
| 08-89850 | IL-N | Rupslauk v. ACandS Inc et al | Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremount Corporation<br>Nosroc Corp.<br>Owens-Illinois Corp.<br>Rhone-Poulenc Ag, Co.<br>Westinghouse Electric Corporation | Dismiss | 12 |
| 08-89870 | IL-N | Levandowski v. A.C. and S. Inc. et al | Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremont Corp<br>Nosroc Corp.<br>Rhone-Poulenc Ag., Co.<br>Westinghouse Electric Corporation | Dismiss | 14 |
| 08-90017 | IL-N | Economous v. Ac and S, Inc. et al | General Electric Company<br>I.U. North America, Inc.<br>Maremont Corporation<br>Nosroc Corp.<br>Rhone-Poulenc Ag, Company<br>Westinghouse Electric Corp. | Dismiss | 14 |
| 08-90102 | IL-N | Maske v. A.C. and S., Inc. et al | General Electric Corporation<br>Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremont Corp.<br>Nosroc Corp<br>Rhone-Poulenc Ag Co<br>Westinghouse Electric Corp. | Dismiss | 15 |
| 08-90153 | IL-N | Bailey v. A.C. and S., Inc. et al | General Electric Company<br>Georgia-Pacific Corporation<br>I.U. North America, Inc.<br>Maremont Corp, Nosroc Corp.,<br>Rhone-Poulenc Ag. Company<br>Westinghouse Electric Corp. | Dismiss | 17 |

| 08-91430 | IN-N | Shearer v. Ac and S Inc et al | Aw Chesterton Company<br>General Electric Co<br>Georgia Pacific Corporation<br>Iu North America Inc.<br>Nosroc Corp<br>Rhone Poulenc Ag Co<br>Westinghouse Electric Corporation | Dismiss | 20 |
|---|---|---|---|---|---|
| 09-60937 | IL-N | Elrod v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 20 |
| 09-60937 | IL-N | Elrod v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 21 |
| 09-60947 | IL-N | Glenn v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 17 |
| 09-60952 | IL-N | Graham v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 17 |
| 09-60954 | IL-N | Grieff v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 17 |

| 09-60956 | IL-N | Gusman v. ACandS, Inc. et al | Atlantic Richfield Co. | Dismiss | 17 |
|----------|------|------------------------------|-----------------------------------------------------------------------------------------------------------|---------|----|
| 09-61874 | IN-N | Briesacher v. Ac and S Inc et al | Georgia Pacific Corporation<br>Georgia-Pacific Corp.<br>Westinghouse Electric Corp.<br>Westinghouse Electric Corporation | Dismiss | 24 |

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| ALFRED SWANSON | DAVID BARTEL | JENNIFER JOHNSTON | MICHAEL KAEDING |
| AMBER ACHILLES | DEAN PANOS | JENNIFER TERANDO | NEIL SOLOMON |
| ANDREW CROSS | DEMARCUS GORDON | JOEL POOLE | NICOLE BEHNEN |
| ANDREW MANION | DENNIS DOBBELS | JOHN O'SULLIVAN | P. CREBS |
| BARBARA ARISON | DEREK SMITH | JOSEPH ALBERTS | R. MUTH |
| BEAU SEFTON | DEVLIN SCHOOP | JOSEPH O'HARA | RICHARD CHAPIN |
| BEVERLY GARNER | DIONNE HAYES | JOSHUA MURPHY | RICHARD DARKE |
| BILLEE LIGHTVOET | DONALD BROAD | K. CAREY | RICHARD STEINKEN |
| BRIAN EBENER | DONALD WARD | KAREN RHEINGANS | ROBERT KOPKA |
| BRIAN FIELDS | FRANCIS MORRISSEY | KELLY CHERF | ROBERT SHUFTAN |
| BRUCE KAMPLAIN | GARY MEADOWS | KENNETH GORENBERG | RUSSELL HOOVER |
| C. DUCEY | HEIDI OERTLE | KEVIN REID | SCOTT KYROUAC |
| CAROL TATE | JACK BLOCK | KRISTIN ACHTERHOF | STEPHANIE SCHARF |
| CHRISTOPHER GRIESMEYER | JAMES FIEWEGER | LAURE FLANIKEN | SUSAN GUNTY |
| CHRISTOPHER RAISTRICK | JAMES SNYDER | LINDA GRAFT | TANYA HATFIELD |
| CLARKE GILLESPIE | JAMES WHEELER | MARK VELGUTH | TIMOTHY FAGAN |
| CRAIG LILJESTRAN | JEFFREY MCKEAN | MARY ANN HATCH | TIMOTHY UEBER |
| DANIEL CHEELY | JENNIFER FARDY | MELISSA SKILKEN | WILLIAM HUIRAS |
| DANIEL OVERBEY | JENNIFER JOHNSON | MEREDITH RINGLER | WILLIAM MAHONEY |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DAVID YBARRA | JOSEPH SULLIVAN | PATRICK WELLS |
| AHNDREA VANDENELZE | DEMETRA CHRISTOS | JOSHUA JOHANNINGM | PAUL O'FLAHERTY |
| ALLEN VAUGHAN | DENNIS CANTRELL | JOSHUA LEE | RAYMOND MODESITT |
| ALYSON WALKER | DOUGLAS KING | JOSHUA SCHEETS | RICHARD LAUTH |
| ALYSSA REBENSDORF | DOUGLAS POLAND | KATHRYN DOWNEY | RICK SHEA |
| AMANDA SUMMERLIN | DOUGLAS PROCHNOW | KENT PLOTNER | ROBERT MCCOY |
| AMIEL GROSS | EDWARD CASMERE | KENT ROGERS | ROBERT MEYER |
| ANDREW DETHERAGE | EDWARD MCCAMBRIDG | KEVIN KNIGHT | ROBERT RILEY |
| ANTHONY GOLDNER | EDWARD STUKES | KIMBERLY HILLMAN | ROBERT SANDS |
| BASIL DISIPIO | EMILY ZAPOTOCNY | KIRK HARTLEY | ROBERT SCHROEDER |
| BENJAMIN HULSE | G. BRUCH | KNIGHT ANDERSON | ROBERT SPINELLI |
| BRETT LARSEN | GARY SMITH | LAUREL JOHNSON | ROBERT SPITKOVSKY |
| BRUCE LYON | GERMAINE WILLETT | LAURIE MCLEROY | ROGER HEIDENREIC |
| C. DOUGLAS | GREGORY GOLDBERG | LISA DILLMAN | RUSSELL SCOTT |
| C. EVERT | HOWARD MORRIS | MAJA EATON | SARAH PAGELS |
| CARMEN ANDERSON | J. BRADLEY | MARK DESROCHERS | SCOTT SIMPKINS |
| CAROL ZUCKERMAN | JAMES CARTER | MARK EISLER | SCOTT THOMSEN |
| CHRISTI JONES | JAMES KASPER | MARK FELDMANN | SHARON CAFFREY |
| CHRISTOPHER BANASZAK | JAMES MORRISON | MARK TIVIN | SHAWANE LEE |
| CHRISTOPHER CONRAD | JAMES MURRAY | MARTHA REGGI | STEVEN CARLSON |
| CHRISTOPHER LARSON | JAMES NIQUET | MARY GAY | SUSAN MEHRINGER |
| CHRISTOPHER LEE | JAMIE YADGAROFF | MATTHEW FISCHER | TIERNEY CHRISTENSO |
| CHRISTOPHER TRIBLE | JASON KENNEDY | MATTHEW THIBODEAU | THOMAS GILLIGAN |
| CLARE MAISANO | JASON RUBIN | MICHAEL BERGIN | THOMAS GONZALEZ |
| CLARE RUSH | JEFFREY HEBRANK | MICHAEL BLOCK | THOMAS KERNELL |
| COREY GORDON | JEFFREY POLLACK | MICHAEL CASCINO | THOMAS SCHMITZER |
| CYNTHIA LOCKE | JENNIFER STUDEBAKER | MICHAEL DENNING | THOMAS SCHRIMPF |
| DANIEL DONAHUE | JEROME FERIANCEK | MICHAEL DRUMKE | THOMAS TARDY |
| DANIEL LONG | JOHN BABIONE | MICHAEL ROSENBERG | THOMAS THIBODEAU |
| DANIEL MANNA | JOHN CANONI | MICHAEL TRUCCO | TIMOTHY KAPSHANDY |
| DANIEL MCGRATH | JOHN FONSTAD | MICHAEL ZUKOWSKI | TIMOTHY KRIPPNER |
| DANIEL MULHOLLAND | JOHN KUROWSKI | MITCHELL MOSER | TIMOTHY PAGEL |
| DANIEL O'CONNELL | JOHN LAFFEY | NATHAN FRONK | TOBIN TAYLOR |
| DANIEL TRACHTMAN | JOHN SEEBOHM | OLLIE HARTON | TRACY COWAN |
| DAVID FANNING | JON BAROOSHIAN | PATRICK FINNEGAN | TREVOR WILL |
| DAVID SETTER | JON FREDRICKSO | PATRICK HAGGERTY | W. REBER |
| DAVID SZLANFUCHT | JONATHAN MATTINGLY | PATRICK LAMB | WALTER WATKINS |
| | JOSEPH REJANO | PATRICK STUFFLEBEA | WILLIS TRIBLER |

CVLO Order on Motions 1.3